UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| ROSEMARY COMENA | CIVIL ACTION |
| VERSUS | NUMBER 08-714-RET |
| CITY OF BATON ROUGE/PARISH OF EAST BATON ROUGE, THROUGH BATON ROUGE METROPOLITAN AIRPORT | |

**RULING**

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Stephen C. Riedlinger dated April 11, 2011. Plaintiff and Defendant, City of Baton Rouge/Parish of East Baton Rouge through Baton Rouge Metropolitan Airport have filed objections which the court has considered.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein.

Accordingly, the Motion for Summary Judgment filed by Westchester Surplus Lines Insurance Company is granted.

Baton Rouge, Louisiana, June 8, 2011.

RALPH E. TYSON, CHIEF JUDGE
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA